UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. 13bk41467 |
| KESSLER/HINSDALE, LLC | ) | |
| | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Honorable Timothy A. Barnes |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO WALTER A. REBENSON, RECEIVER, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 24,287.25 | TOTAL COSTS REQUESTED: | $ 2,109.30[1] |
| TOTAL FEES REDUCED: | $ 790.13 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 23,497.12 | TOTAL COSTS ALLOWED: | $ 2,109.30 |

**TOTAL FEES AND COSTS ALLOWED: $ 23,808.42**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Improper Allocation of Professional Resources – TOTAL of disallowed amounts $ 245.00**

The Court denies the allowance in part of compensation for the indicated task(s) as a professional with a lower level of skill and experience or a paraprofessional could have performed the task(s). *In re Pettibone*, 74 B.R. 293, 303 (Bankr. N.D. Ill. 1987) ("Senior partner rates will be paid only for work that warrants the attention of a senior partner. A senior partner who spends time reviewing documents or doing research a beginning associate could do will be paid at a rate of a beginning associate. [Citation omitted]. Similarly, non-legal work performed by a lawyer which could have been performed by less costly non-legal employees should command a lesser rate."); *In re Wildman*, 72 B.R. 700, 710 (Bankr. N.D. Ill. 1987) (same); *In re Alberto*, 121 B.R. 531, 535 (Bankr. N.D. Ill. 1990) (determining use of partner appropriate where attendant complex legal issues warrant highly experienced practitioner).

**(2)    Unreasonable Time – TOTAL of disallowed amounts: $ 245.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s),

---

[1] The expenses sought also include the attorneys' fees incurred by the Receiver in the amount of $1,798.00.

and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (same).

**(3)    Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 300.13**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

Dated: February 26, 2014

_____
Timothy A. Barnes
United States Bankruptcy Judge

**522 Chestnut, Hinsdale, IL**
**Receiver's Time Sheet**
**8/14/13 - 11/12/13**

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/17/13 | 08/14/13 | 0.50 | $245.00 | $122.50 | Call with David Marino regarding questions on research regarding Receiver Report No. 3. |
| | | | | 08/14/13 | 0.50 | | $122.50 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 08/17/13 | 08/15/13 | 0.50 | $245.00 | $122.50 | Email exchange with Schramko about Dr. Koop lease renewal. |
| | | | | 08/15/13 | 0.50 | | $122.50 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 08/17/13 | 08/16/13 | 0.50 | $245.00 | $122.50 | Review Dr. Koop lease and review with our broker strategy for beginning lease renewal. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/17/13 | 08/16/13 | 1.25 | $245.00 | $306.25 | Follow up on quotes from vendors who visited property last week. Follow up with one vendor who needs to schedule a visit. Review received quotes and updated schedule. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 08/17/13 | 08/16/13 | 0.25 | $75.00 | $18.75 | Printed checks for E.W. Schramm and Flagg Creek Water, logged in receiver checkbook, made copies and mailed to vendors |
| | | | | 08/16/13 | 2.00 | | $447.50 | |
| | | | 08/17/13 | | 3.00 | | $692.50 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/24/13 | 08/19/13 | 0.25 | $245.00 | $61.25 | Talk to carpet cleaner and arrange for common area deep cleaning. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 08/24/13 | 08/19/13 | 1.00 | $245.00 | $245.00 | Review and respond to broker's LOI and the need for clarification. |
| | | | | 08/19/13 | 1.25 | | $306.25 | |
| 522 Chestnut, Hinsdale | Labor | Jim Lapka | 08/24/13 | 08/20/13 | 1.50 | $75.00 | $112.50 | Replaced water damaged ceiling tiles in Amanda's suite, checked light fixture in 2nd floor bathroom, replaced ceiling tile in hallway near basement entrance. |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 08/24/13 | 08/20/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 08/24/13 | 08/20/13 | 0.25 | $245.00 | $61.25 | Review update regarding lease telephone interview. |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 08/24/13 | 08/20/13 | 2.00 | $75.00 | $150.00 | Travel to Du Page Courthouse for Receiver Report No. 3. |
| 522 Chestnut, Hinsdale | Court Reporting | Mike Nadler | 08/24/13 | 08/20/13 | 0.50 | $245.00 | $122.50 | Hearing for Receiver Report No.3 which was approved. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/24/13 | 08/20/13 | 0.25 | $245.00 | $61.25 | Conversation with Parking lot contractor to discuss getting quote. |
| | | | | 08/20/13 | 5.50 | | $582.50 | |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 08/24/13 | 08/22/13 | 0.25 | $75.00 | $18.75 | Recorded payment of receiver bill no. 3 in QuickBooks per W.R. |
| | | | | 08/22/13 | 0.25 | | $18.75 | |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 08/24/13 | 08/23/13 | 0.25 | $75.00 | $18.75 | Recorded refund checks from Pest Control and ComEd in receiver checkbook. Bank deposit into operating account for refund checks received, logged deposits into QuickBooks. |
| | | | | 08/23/13 | 0.25 | | $18.75 | |
| | | | 08/24/13 | | 7.25 | | $926.25 | |
| 522 Chestnut, Hinsdale | Accounting | Walt Robenson | 08/31/13 | 08/26/13 | 0.25 | $75.00 | $18.75 | Review and approve invoices and sign checks. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 08/31/13 | 08/26/13 | 2.00 | $245.00 | $490.00 | Review LOI and costs regarding new tenant for suite 1B and send to broker. Call with broker to review steps moving forward. Review Sept. rent invoices. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 08/31/13 | 08/26/13 | 0.75 | $75.00 | $56.25 | Created A/R for September, printed invoices and mailed to tenants. Printed check for Disposal and ComEd, logged in receiver checkbook, made copies and mailed to vendors. |

522 Chestnut, Hinsdale, IL  
Receiver's Time Sheet  
8/14/13 - 11/12/13

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| | | | | 08/26/13 | 3.00 | | $565.00 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/31/13 | 08/27/13 | 0.50 | $245.00 | $122.50 | Clarification on HVAC heat exchanger replacement and follow up with parking lot quote. |
| | | | | 08/27/13 | 0.50 | | $122.50 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/31/13 | 08/28/13 | 0.25 | $245.00 | $61.25 | Conversation with Midwest Mechanical regarding proposal. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 08/31/13 | 08/28/13 | 0.25 | $75.00 | $18.75 | Entered August Visa Reimb. from Ascend Real Estate Group into QuickBooks, printed check and made copies. |
| | | | | 08/28/13 | 0.50 | | $80.00 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 08/31/13 | 08/30/13 | 0.50 | $245.00 | $122.50 | Review Task list with W. Rebenson. |
| | | | | 08/30/13 | 0.50 | | $122.50 | |
| | | | 08/31/13 | | 4.50 | | $890.00 | |
| 522 Chestnut, Hinsdale | Property Management | Jim Lapka | 09/07/13 | 09/02/13 | 0.25 | $75.00 | $18.75 | Received email from Hinsdale fire department regarding annual fire inspection. |
| 522 Chestnut, Hinsdale | Accounting | Bill Cotton | 09/07/13 | 09/02/13 | 1.00 | $75.00 | $75.00 | Reconcile bank statements. Review financial statements and make corrections. |
| | | | | 09/02/13 | 1.25 | | $93.75 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/07/13 | 09/03/13 | 1.00 | $245.00 | $245.00 | Follow up with certain contracts as to proposals. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/07/13 | 09/03/13 | 0.75 | $75.00 | $56.25 | August 2013 Bookkeeping. Entered invoices/bills from Nicor Gas (7), Pro-Con Services, AT&T and ComEd (2) into QuickBooks per M.N. |
| | | | | 09/03/13 | 1.75 | | $301.25 | |
| 522 Chestnut, Hinsdale | Property Management | Jim Lapka | 09/07/13 | 09/05/13 | 2.00 | $75.00 | $150.00 | Met with Hinsdale fire inspector to go through building for annual fire inspection, found a few exit and emergency lights out, corrected most of the problems need to replace battery in one emergency light. |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 09/07/13 | 09/05/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Accounting | Walt Rebenson | 09/07/13 | 09/05/13 | 0.25 | $75.00 | $18.75 | Review and approve invoices and sign checks. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/07/13 | 09/05/13 | 0.75 | $75.00 | $56.25 | Printed checks for AT&T, ComEd, Nicor Gas and Pro-Con Services, logged in receiver checkbook, made copies and mailed to vendors. Recorded September rent from Dr. Ryne and Hinsdale Therapy Group in monthly rent log and receiver checkbook. Bank deposit into operating account for Dr. Ryne and Hinsdale Therapy Group rents received, logged deposits in QuickBooks. |
| | | | | 09/05/13 | 4.00 | | $300.00 | |
| | | | 09/07/13 | | 7.00 | | $695.00 | |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 09/14/13 | 09/09/13 | 0.50 | $75.00 | $37.50 | Travel, picked up batteries for emergency lights. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/14/13 | 09/09/13 | 1.00 | $245.00 | $245.00 | Contact both HVAC vendors to review quotes. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/14/13 | 09/09/13 | 0.25 | $75.00 | $18.75 | Recorded September Rent from Dr. Braun in monthly rent log and receiver checkbook. Bank deposit into operating account for September rent received from Dr. Braun, logged deposit into QuickBooks. |
| | | | | 09/09/13 | 1.75 | | $301.25 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/14/13 | 09/10/13 | 0.50 | $245.00 | $122.50 | 522 Chestnut site visit and check on common area carpet cleaning. |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 09/14/13 | 09/10/13 | 1.00 | $75.00 | $75.00 | Travel to 522 Chestnut. |
| | | | | 09/10/13 | 1.50 | | $197.50 | |

11/12/2013

Ascend Real Estate Group LLC

**522 Chestnut, Hinsdale, IL**
**Receiver's Time Sheet**
**8/14/13 - 11/12/13**

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 09/14/13 | 09/11/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Labor | Jim Lapka | 09/14/13 | 09/11/13 | 0.50 | $75.00 | $37.50 | Installed batteries in emergency lights for fire department inspection requirements. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/14/13 | 09/11/13 | 0.75 | $75.00 | $56.25 | Entered invoices from MRSA Architects & Planners (3), A-Plus Cleaning, Ambius and Village of Hinsdale per M.N. Recorded September rent from Dr. Cratin in monthly rent log and receiver checkbook. Bank deposit into operating account for rents received from Dr. Cratin, logged deposit into QuickBooks. |
| | | | | 09/11/13 | 2.25 | | $168.75 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/14/13 | 09/12/13 | 1.00 | $245.00 | $245.00 | Conversations with Broker working to finalize LOI. |
| 522 Chestnut, Hinsdale | | | | 09/12/13 | 1.00 | | $245.00 | Printed checks for A Plus Cleaning, Ambius, MRSA Architects and Village of Hinsdale, logged in receiver checkbook, made copies and mailed to vendors. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/14/13 | 09/13/13 | 0.50 | $75.00 | $37.50 | |
| | | | | 09/13/13 | 0.50 | | $37.50 | |
| | | | 09/14/13 | | 7.00 | | $950.00 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/21/13 | 09/16/13 | 0.25 | $245.00 | $61.25 | Follow up regarding open LOI. |
| | | | | 09/16/13 | 0.25 | | $61.25 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/21/13 | 09/17/13 | 0.50 | $245.00 | $122.50 | Set up appointment with Dr. Kopp with brokers to discuss lease renewal. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/21/13 | 09/17/13 | 1.00 | $245.00 | $245.00 | Completed obtaining final proposals for heat exchanger replacements and atrium window caulking and sent to Acquired Capital for approval. |
| | | | | 09/17/13 | 1.50 | | $367.50 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/21/13 | 09/18/13 | 0.75 | $245.00 | $183.75 | Receive call regarding HVAC problem, called Midwest Mechanical for service. Respond to Otis regarding open invoices. |
| | | | | 09/18/13 | 0.75 | | $183.75 | |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/21/13 | 09/19/13 | 0.50 | $245.00 | $122.50 | Conversation with Chris Weber with Key Star about 522 Chestnut building information. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/21/13 | 09/19/13 | 0.75 | $245.00 | $183.75 | Handle an HVAC call and follow update on work. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/21/13 | 09/19/13 | 0.50 | $75.00 | $37.50 | Entered invoices from E.W. Schramm and ComEd (7) into QuickBooks per M.N. Printed checks for ComEd and E.W. Schramm, logged in receiver checkbook, made copies and mailed to vendors. |
| | | | | 09/19/13 | 1.75 | | $343.75 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/21/13 | 09/20/13 | 0.50 | $245.00 | $122.50 | Firm up meeting with Dr. Koop regarding renewal. — (2) unreasonable time |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/28/13 | 09/20/13 | 0.50 | $245.00 | $122.50 | Coordinate meeting with Midwest Mechanical technician to match Equipment, bills and space. |
| | | | 09/21/13 | | 1.00 | | $245.00 | |
| | | | 09/21/13 | | 5.25 | | $1,201.25 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/28/13 | 09/23/13 | 1.00 | $245.00 | $245.00 | Get information ready for meeting with Dr. Koop regarding renewal. |
| 522 Chestnut, Hinsdale | Project Administration | Mike Nadler | 09/28/13 | 09/23/13 | 1.00 | $245.00 | $245.00 | Copy utility bills etc. for meeting with Midwest Mechanical to confirm bills to spaces. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | | 09/23/13 | 2.00 | | $490.00 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/28/13 | 09/24/13 | 1.00 | $245.00 | $245.00 | Meet with Dr. Koop and brokers to discuss tenant renewal coming due 4.30.14. |

Handwritten annotations:
- (1) unreasonable time
- (2) Improper Allocation of Prof. Resources

11/12/2013

Ascend Real Estate Group LLC

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
8/14/13 - 11/12/13

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/28/13 | 09/24/13 | 2.00 | $245.00 | $490.00 | Met with Midwest Mechanical regarding HVAC to confirm meters & equipment as they relate to spaces. |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 09/28/13 | 09/24/13 | 1.00 | $75.00 | $75.00 | Travel to Hinsdale to meet with Dr. Koop to discuss lease renew. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/28/13 | 09/24/13 | 0.50 | $75.00 | $37.50 | Created A/R for the month of October in QuickBooks. |
|  |  |  |  | 09/24/13 | 4.50 |  | $847.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 09/28/13 | 09/25/13 | 0.50 | $245.00 | $122.50 | Process work authorization for atrium windows and replace Heat exchangers. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 09/28/13 | 09/25/13 | 0.75 | $245.00 | $183.75 | Review and approve October rent invoices. Follow up with Dr. Ryne regarding electric bills for work done in space. |
|  |  |  |  | 09/25/13 | 1.25 |  | $306.25 |  |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 09/28/13 | 09/26/13 | 0.75 | $75.00 | $56.25 | Travel time to court for research regarding Receiver Report No. 4. |
| 522 Chestnut, Hinsdale | Court Reporting | Mike Nadler | 09/28/13 | 09/26/13 | 0.50 | $245.00 | $122.50 | Court appearance regarding research regarding Receiver Report No. 4. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 09/28/13 | 09/26/13 | 0.25 | $75.00 | $18.75 | Entered invoice from Disposal into QuickBooks per M.N. Printed check for Disposal, logged in receiver checkbook, made copies and mailed to vendor. |
|  |  |  |  | 09/26/13 | 1.50 |  | $197.50 |  |
|  |  |  | 09/28/13 |  | 9.25 |  | $1,841.25 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/05/13 | 09/30/13 | 0.25 | $245.00 | $61.25 | Set up appointment for window sealing. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/05/13 | 09/30/13 | 0.75 | $75.00 | $56.25 | Entered invoices from Nicor (7), Flagg Creek Water, AT&T and Pro-Con services into QuickBooks per M.N. Recorded October rent from Dr. Kopp in monthly rent log and receiver checkbook. Bank deposit into operating account for Dr. Kopp rent received, logged deposit in QuickBooks. |
|  |  |  |  | 09/30/13 | 1.00 |  | $117.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/05/13 | 10/01/13 | 1.00 | $245.00 | $245.00 | Meet with Architectural Sealants to let them on roof and get set up for re-sealant job on Atrium Windows and to check Flashing where water is running down to ground level, review Arch bill Create billing for Hinsdale Therapy Utilities, send letter regarding sq. ft. discrepancy. |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 10/05/13 | 10/01/13 | 1.00 | $75.00 | $75.00 | Travel to Hinsdale to meet Window Contractor. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 10/05/13 | 10/01/13 | 1.00 | $245.00 | $245.00 | Do utility billing for Hinsdale Therapy, worked on reconciling Sq. Ft. difference. |
| 522 Chestnut, Hinsdale | Administrative | Amanda Underwood | 10/05/13 | 10/01/13 | 0.25 | $75.00 | $18.75 | September Bookkeeping. |
|  |  |  |  | 10/01/13 | 3.25 |  | $583.75 |  |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 10/05/13 | 10/02/13 | 0.50 | $245.00 | $122.50 | Composed Hinsdale Therapy Group letter regarding utilities and sq. ft. difference. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/05/13 | 10/02/13 | 0.25 | $245.00 | $61.25 | Check in with Atrium Window work, complete caulking and flashing where water was coming in. |
| 522 Chestnut, Hinsdale | Accounting | Bill Cotton | 10/05/13 | 10/02/13 | 0.50 | $75.00 | $37.50 | Reconcile bank statements. Review financial statements. |
|  |  |  |  | 10/02/13 | 1.25 |  | $221.25 |  |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 10/05/13 | 10/03/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Property Management | Jim Lapka | 10/05/13 | 10/03/13 | 1.00 | $75.00 | $75.00 | Went to check on building, replaced some bulbs, noticed hot water heater was making loud noise went down street to get plumber to look at. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/05/13 | 10/03/13 | 0.50 | $175.00 | $87.50 | Spoke with Broker for update on leasing, two LOI's in works and renew on one other. |

11/12/2013

Ascend Real Estate Group LLC

**522 Chestnut, Hinsdale, IL**
**Receiver's Time Sheet**
**8/14/13 - 11/12/13**

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/05/13 | 10/03/13 | 1.00 | $75.00 | $75.00 | Printed checks for AT&T, Flagg Water Creek, Nicor Gas, Architectural Sealants and Pro-Con Services, logged in receiver checkbook, made copies and mailed to vendors. Recorded October rents from Dr. Ryne and Hinsdale Therapy Group in monthly rent log and receiver checkbook. Bank deposit into operating account for October rents received, logged deposit in QuickBooks. |
|  |  |  |  | 10/03/13 | 3.50 |  | $312.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/05/13 | 10/04/13 | 0.50 | $245.00 | $122.50 | Process Sealant bill and get lien waiver. |
|  |  |  |  | 10/04/13 | 0.50 |  | $122.50 |  |
|  |  |  | 10/05/13 |  | 9.50 |  | $1,367.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/12/13 | 10/07/13 | 0.50 | $245.00 | $122.50 | Follow up with AA Services re maintenance contract and heat exchanger replacement. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 10/12/13 | 10/07/13 | 0.50 | $245.00 | $122.50 | Prepare Application for commercial Lease. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/12/13 | 10/07/13 | 0.50 | $75.00 | $37.50 | Entered invoices from E.W. Schramm, Seneca Insurance Co., Otis Elevator Co., Architectural Sealants, Ambius and Midwest Mechanical (2) into QuickBooks per M.N. |
|  |  |  |  | 10/07/13 | 1.50 |  | $282.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/12/13 | 10/08/13 | 1.00 | $245.00 | $245.00 | Update from AA Services regarding maintenance contract and heat exchanger replacement within next two weeks. Review Sept. Financial Statements. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/12/13 | 10/08/13 | 0.50 | $75.00 | $37.50 | Generated September Financials per M.N. Recorded October rent from Dr. Braun in monthly rent log and receiver checkbook. Bank deposit into operating account for October Dr. Braun rent received, logged deposit into QuickBooks |
|  |  |  |  | 10/08/13 | 1.50 |  | $282.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/12/13 | 10/10/13 | 0.75 | $245.00 | $183.75 | Property site visit, review reseal job on Atrium windows. Meet with tenant on 1st floor regarding any water penetration. |
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 10/12/13 | 10/10/13 | 0.75 | $75.00 | $56.25 | Travel to Hinsdale to review sealant job. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/12/13 | 10/10/13 | 1.00 | $75.00 | $75.00 | Entered invoices from Dave Softwish Plumbing and E.W. Schramm, Ambius LLC, Midwest Mechanical, Otis Elevator, Seneca Insurance, Dave Softwish Plumbing and Architectural Sealants, logged in receiver checkbook. Printed checks for E.W. Schramm, Ambius LLC, Midwest Mechanical, Otis Elevator, Seneca Insurance, Dave Softwish Plumbing and Architectural Sealants, logged in receiver checkbook, made copies and mailed to vendors. Recorded October rent from Dr. Cretin in monthly rent log and receiver checkbook, bank deposit into operating account for Dr. Cretin Rent received, logged deposit in QuickBooks. |
|  |  |  |  | 10/10/13 | 2.50 |  | $315.00 |  |
|  |  |  | 10/12/13 |  | 5.50 |  | $860.00 |  |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 10/19/13 | 10/15/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Property Management | Jim Lapka | 10/19/13 | 10/15/13 | 1.00 | $75.00 | $75.00 | Checked the building and checked on the work done on the water heater. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/19/13 | 10/15/13 | 0.25 | $245.00 | $61.25 | Follow up on snow removal quote. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/19/13 | 10/15/13 | 0.50 | $75.00 | $37.50 | Entered invoice from Tyco Integrated Security into QuickBooks per M.N. Printed check, logged in receiver checkbook, made copies and mailed to vendor. |
|  |  |  |  | 10/15/13 | 2.75 |  | $248.75 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 10/19/13 | 10/17/13 | 1.00 | $245.00 | $245.00 | Meet with AA Services Technical to allow access to roof to replace 2 heat ex-changers. Got call from Premier regarding toilet overflowing and called plumber. |

**522 Chestnut, Hinsdale, IL**
**Receiver's Time Sheet**
**8/14/13 - 11/12/13**

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Travel | Mike Nadler | 10/19/13 | 10/17/13 | 0.75 | $75.00 | $56.25 | Travel to 522 Chestnut. |
|  |  |  |  | 10/17/13 | 1.75 |  | $301.25 |  |
|  |  |  | 10/19/13 |  | 4.50 |  | $550.00 |  |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 10/26/13 | 10/22/13 | 0.25 | $245.00 | $61.25 | Review November Rent invoices. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/26/13 | 10/22/13 | 0.50 | $75.00 | $37.50 | Created A/R for the month of November in QuickBooks per M.N. |
|  |  |  |  | 10/22/13 | 0.75 |  | $98.75 |  |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 10/26/13 | 10/24/13 | 0.75 | $75.00 | $56.25 | Entered invoices from ComEd (7), Village of Hinsdale and DisposAll into QuickBooks per M.N.. printed checks, logged in receiver checkbook, made copies and mailed to vendors. |
|  |  |  |  | 10/24/13 | 0.75 |  | $56.25 |  |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 10/26/13 | 10/25/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Property Management | Jim Lapka | 10/26/13 | 10/25/13 | 1.00 | $75.00 | $75.00 | Checked on building and adjusted timers and made sure heat is on in vacant units. |
|  |  |  |  | 10/25/13 | 2.00 |  | $160.00 |  |
|  |  |  | 10/26/13 |  | 3.50 |  | $305.00 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 11/02/13 | 10/28/13 | 0.25 | $245.00 | $61.25 | Call Midwest Mechanical regarding lobby thermostat, need key to adjust, cold in lobby. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 11/02/13 | 10/28/13 | 0.25 | $75.00 | $18.75 | Recorded 534 Chestnut Corp Quarterly payment in receiver checkbook, bank deposit into operating account for Quarterly garbage payment from 534 Chestnut Corp, logged deposit into QuickBooks. |
|  |  |  |  | 10/28/13 | 0.50 |  | $80.00 |  |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 11/02/13 | 10/29/13 | 0.50 | $245.00 | $122.50 | Update task List. |
|  |  |  |  | 10/29/13 | 0.50 |  | $122.50 |  |
| 522 Chestnut, Hinsdale | Project Management | Walt Rebenson | 11/02/13 | 10/30/13 | 1.00 | $325.00 | $325.00 | Review open task sheet for project operations, review updated budget and costs to date for property costs. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 11/02/13 | 10/30/13 | 0.50 | $245.00 | $122.50 | Review email from Dr. Ryne regarding exterior lights and timers and requested JL to look into. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 11/02/13 | 10/30/13 | 0.75 | $75.00 | $56.25 | Entered invoices from Nicor Gas (7) and Pro-Con Services into QuickBooks per M.N. Printed checks, logged in receiver checkbook, made copies and mailed to vendors. |
|  |  |  |  | 10/30/13 | 2.25 |  | $503.75 |  |
| 522 Chestnut, Hinsdale | Project Management | Walt Rebenson | 11/02/13 | 10/31/13 | 1.00 | $325.00 | $325.00 | Several calls to lawyers for seller and lender on property closing. |
|  |  |  |  | 10/31/13 | 1.00 |  | $325.00 |  |
| 522 Chestnut, Hinsdale | Travel | Jim Lapka | 11/02/13 | 11/01/13 | 1.50 | $75.00 | $112.50 | Travel to building and to hardware store to purchase light bulbs needed for building. |
| 522 Chestnut, Hinsdale | Labor | Jim Lapka | 11/02/13 | 11/01/13 | 1.00 | $75.00 | $75.00 | Replaced bulbs on outside of building and exit signs, replaced bulbs in stair case. |
| 522 Chestnut, Hinsdale | Accounting | Bill Cotton | 11/02/13 | 11/01/13 | 0.50 | $75.00 | $37.50 | Reconcile bank statements. Review financial statements. |
|  |  |  |  | 11/01/13 | 3.00 |  | $225.00 |  |
|  |  |  | 11/02/13 |  | 7.25 |  | $1,256.25 |  |
| 522 Chestnut, Hinsdale | Accounting | Walt Rebenson | 11/09/13 | 11/04/13 | 0.25 | $75.00 | $18.75 | Review and execute payments to various vendors. |
|  |  |  |  | 11/04/13 | 0.25 |  | $18.75 |  |

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
8/14/13 - 11/12/13

| Project | Budget Item | Staff Member | Week Ending | Date | Billable | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 11/09/13 | 11/05/13 | 0.50 | $245.00 | $122.50 | Coordinate 2nd floor bathroom clean up. |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 11/09/13 | 11/05/13 | 0.50 | $245.00 | $122.50 | Follow up with broker as to leasing and renewal. |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 11/09/13 | 11/05/13 | 0.50 | $75.00 | $37.50 | Recorded November rents from Dr. Kopp Premier Endodontic, Dr. Ryne and Hinsdale Therapy Group in monthly rent log and receiver checkbook. Bank deposit into operating account for November rents received, logged deposit into QuickBooks. Entered invoices from AT&T and E.W. Schramm into QuickBooks per M.N. |
| | | | 11/05/13 | | 1.50 | | $282.50 | |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 11/09/13 | 11/06/13 | 0.25 | $75.00 | $18.75 | Printed checks for AT&T and E.W. Schramm, logged in receiver checkbook, made copies and mailed to vendors. |
| | | | 11/06/13 | | 0.25 | | $18.75 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 11/09/13 | 11/07/13 | 1.00 | $245.00 | $245.00 | Review and respond to Dr. Cratin re fixtures. Review Premier Periodontics Associates Renewal with Broker. |
| | | | 11/07/13 | | 1.00 | | $245.00 | |
| 522 Chestnut, Hinsdale | Lease Administration | Mike Nadler | 11/09/13 | 11/08/13 | 1.00 | $245.00 | $245.00 | Review Premier Periodontics Associates Renewal LOI with Broker. |
| 522 Chestnut, Hinsdale | Court Reporting | Mike Nadler | 11/09/13 | 11/08/13 | 1.00 | $245.00 | $245.00 | Begin working on research regarding Receiver Report No. 4. |
| | | | 11/08/13 | | 2.00 | | $490.00 | |
| | | | 11/09/13 | | 5.00 | | $1,055.00 | |
| 522 Chestnut, Hinsdale | Court Reporting | Mike Nadler | 11/16/13 | 11/11/13 | 1.00 | $245.00 | $245.00 | Finish update research regarding Receiver Report No. 4. |
| 522 Chestnut, Hinsdale | Project Management | Mike Nadler | 11/16/13 | 11/11/13 | 1.00 | $245.00 | $245.00 | Get update from AA services re maintenance contract. Request updated quote from Rabine paving regarding resealing etc. Correspondence with attorney re bankruptcy of Kessler/Hinsdale. |
| | | | 11/11/13 | | 2.00 | | $490.00 | |
| 522 Chestnut, Hinsdale | Accounting | Amanda Underwood | 11/16/13 | 11/12/13 | 0.75 | $75.00 | $56.25 | Recorded November rent from Dr. Braun in monthly rent log and receiver checkbook. Bank deposit into operating account for November rent received, logged deposit into QuickBooks. Generates October Financials per M.N. |
| 522 Chestnut, Hinsdale | Administrative | Amanda Underwood | 11/16/13 | 11/12/13 | 5.25 | $75.00 | $393.75 | Pulled August, September and October 2013 Financials for Receiver's Report No. 4. Printed shipping labels for all parties on Service List. Compiled exhibits, final review and edits of Receiver's Time Sheet for Receiver's Report No. 4. Made copies (5) for all parties on Service List of final draft of Receiver's Report No. 4. Went to UPS to drop off parcels for shipment. |
| 522 Chestnut, Hinsdale | Court Reporting | Walt Rebenson | 11/16/13 | 11/12/13 | 1.00 | $325.00 | $325.00 | Final Review and Edits of Receiver Report No. 4. |
| | | | | 11/12/13 | 7.00 | | $775.00 | |
| | | | 11/15/13 | | 9.00 | | $1,265.00 | |
| OVERALL TOTALS | | | | | 87.50 | | $13,865.00 | |

(3) lumps    (3) lumps

11/12/2013

Ascend Real Estate Group LLC

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
11/13/13 - 1/31/14

Jumping — (2)

| Project | Staff Member | Week Ending | Category | Date | Hours | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Jim Lapka | 11/16/13 | Property Management | 11/13/13 | 0.25 | $75.00 | $18.75 | Call from Tenant regarding parking lot lights. |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/16/13 | Travel | 11/13/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/16/13 | Maintenance | 11/13/13 | 0.50 | $75.00 | $37.50 | Spread salt on ramp and icy areas, moved salt buckets out of storage and by entry doors. |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/16/13 | Project Management | 11/13/13 | 1.25 | $175.00 | $218.75 | Assist tenant (HTG) locked out by providing phone numbers of associate - Review Oct Financial Statement - Call with attorneys regarding Kessler/Hinsdale filing BK Request Ins. Notification for Bankruptcy Trustee |
| 522 Chestnut, Hinsdale | Amanda Underwood | 11/16/13 | Accounting | 11/13/13 | 0.75 | $75.00 | $56.25 | Entered invoices from Amblus LLC and Dave Soltwish Plumbing into Quickbooks per M.N., printed checks, logged in receiver checkbook, made copies and mailed to vendors. Recorded November rent from Dr. Braun in monthly rent log and receiver checkbook. Bank deposit into operating account for Dr. Braun rent received. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 11/16/13 | Accounting | 11/15/13 | 0.50 | $75.00 | $37.50 | Generated October 2013 Financials. |
|  |  | 11/16/13 |  |  | 4.25 |  | $443.75 |  |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/23/13 | Travel | 11/18/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/23/13 | Property Management | 11/18/13 | 1.00 | $75.00 | $75.00 | Met with tenant to check on his lights, removed broken window from office and took in to be repaired. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 11/23/13 | Project Management | 11/19/13 | 1.00 | $325.00 | $325.00 | $325.00 calls and emails with lender counsel on bankruptcy filing. |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Court Reporting | 11/18/13 | 0.25 | $175.00 | $43.75 | Process request for US Bankruptcy Trustee to be added to Insurance policy |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Project Management | 11/19/13 | 0.50 | $175.00 | $87.50 | Process AA Service Invoice for Payment Heat Exchange's got Lien Waiver and Maintenance contract |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Court Reporting | 11/20/13 | 0.50 | $175.00 | $87.50 | Review Lawyers response to court hearing and next move to BK court |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Project Management | 11/20/13 | 0.50 | $175.00 | $87.50 | Send Snow removal Proposal to Star Mgt 534 Chestnut |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Lease Administration | 11/20/13 | 1.00 | $175.00 | $175.00 | Complete utility invoice for Hinsdale Therapy Group 9/1/12-8/31/13 |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/23/13 | Project Management | 11/22/13 | 0.25 | $175.00 | $43.75 | Respond to email re door timer issure |
| 522 Chestnut, Hinsdale | Amanda Underwood | 11/23/13 | Accounting | 11/18/13 | 0.25 | $75.00 | $18.75 | Entered invoices from ComEd (6), Village of Hinsdale and AA Service Co into QuickBooks per M.N. Printed checks for Groot Industries, ComEd, Village of Hinsdale and AA Service Co, logged in receiver checkbook, made copies and mailed to vendors. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 11/23/13 | Accounting | 11/22/13 | 0.50 | $75.00 | $37.50 |  |
|  |  | 11/23/13 |  |  | 6.75 |  | $1,056.25 |  |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/30/13 | Travel | 11/25/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 11/30/13 | Property Management | 11/25/13 | 1.50 | $75.00 | $112.50 | Received call from Debbie regarding a sewage smell in their suite, all toilets were flushing, went to Dave (plumber) down the street and set up appointment for him to look at. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 11/30/13 | Accounting | 11/25/13 | 0.25 | $75.00 | $18.75 | Review and paid invoices for property expenses. |

1/31/2014

Ascend Real Estate Group LLC

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
11/13/13 - 1/31/14

| Project | Staff Member | Week Ending | Date | Category | Hours | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Walt Rebenson | 11/30/13 | 11/25/13 | Court Reporting | 0.50 | $325.00 | $162.50 | Reviewed lender filings on bankruptcy filing and Receiver responsibilities during bankruptcy. |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/30/13 | 11/25/13 | Project Management | 0.25 | $175.00 | $43.75 | Followup on door timer reset |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/30/13 | 11/26/13 | Project Management | 0.25 | $175.00 | $43.75 | Review the Dec. Rental invoices |
| 522 Chestnut, Hinsdale | Mike Nadler | 11/30/13 | 11/27/13 | Project Management | 1.00 | $175.00 | $175.00 | Coordinate access to suites for HVAC technician to track down odor in building Get call from technician with report of findings |
| 522 Chestnut, Hinsdale | Amanda Underwood | 11/30/13 | 11/26/13 | Accounting | 0.75 | $75.00 | $56.25 | Created A/R for the month of December, printed tenant invoices and envelopes, copied and mailed. |
| | | 11/30/13 | | | 5.50 | | $687.50 | |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/07/13 | 12/04/13 | Property Management | 0.25 | $75.00 | $18.75 | Set up appointment to meet sealant Tech. |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/07/13 | 12/05/13 | Travel | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/07/13 | 12/05/13 | Maintenance | 0.50 | $75.00 | $37.50 | Picked up and installed window for Dr. office. |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/07/13 | 12/05/13 | Property Management | 0.50 | $75.00 | $37.50 | Met with the sealant Tech to go over what windows need additional caulking |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/07/13 | 12/05/13 | Project Management | 0.50 | $175.00 | $87.50 | Review and approve repair work for Premier Endodontic Assoc space |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/07/13 | 12/02/13 | Lease Administration | 0.75 | $175.00 | $131.25 | Respond to Hinsdale Therapy Group question on billing, HVAC noise and bugs coordinate HVAC vendor and exterminator |
| 522 Chestnut, Hinsdale | Amanda Underwood | 12/07/13 | 12/04/13 | Accounting | 0.50 | $75.00 | $37.50 | Entered invoices from AA Service Co., FCWRD and AT&T into QuickBooks per M.N., printed checks, logged in receiver checkbook, made copies, mailed to vendors and filed. |
| 522 Chestnut, Hinsdale | Bill Colton | 12/07/13 | 12/02/13 | Accounting | 0.25 | $75.00 | $18.75 | Reconcile bank statements. Review financial statements. |
| | | 12/07/13 | | | 4.25 | | $443.75 | |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/14/13 | 12/10/13 | Travel | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/14/13 | 12/10/13 | Property Management | 0.50 | $75.00 | $37.50 | Resalted walk ways that were icy. |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/14/13 | 12/11/13 | Project Management | 1.00 | $175.00 | $175.00 | Review request for info from bankruptcy attorney with Walt Send request for Architectural Sealants work for approval |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/14/13 | 12/09/13 | Lease Administration | 0.50 | $175.00 | $87.50 | Coordinate HVAC Tech for Dr. Ryne office |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/14/13 | 12/09/13 | Project Management | 0.75 | $175.00 | $131.25 | Review and follow update on with Architectural Sealants review of additional leaks |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/14/13 | 12/10/13 | Project Management | 0.50 | $175.00 | $87.50 | Clarify additional work proposal with Architectual Sealants |

Ascend Real Estate Group LLC

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
11/13/13 - 1/31/14

| Project | Staff Member | Week Ending | Category | Date | Hours | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Amanda Underwood | 12/14/13 | Accounting | 12/12/13 | 0.75 | $75.00 | $56.25 | Recorded December rent from Dr. Ryne and Dr. Crain in monthly rent log and receiver checkbook. Bank deposit into operating account for December rents received, logged deposit into QuickBooks. Entered invoices from Ambius, E.W. Schramm, Midwest Mechanical and Pro-Con Services into QuickBooks, printed checks, logged in receiver checkbook, made copies, filed and mailed to vendors. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 12/14/13 | Accounting | 12/09/13 | 0.50 | $75.00 | $37.50 | Recorded Hinsdale Therapy Group, Dr. Braun and Dr. Kopp December Rents in monthly rent log and receiver checkbook. Bank deposit into operating account for December rents received, logged deposits into QuickBooks. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 12/14/13 | Administrative | 12/13/13 | 0.25 | $75.00 | $18.75 | November Bookkeeping. |
|  |  | 12/14/13 |  |  | 5.75 |  | $706.25 |  |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/21/13 | Travel | 12/18/13 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 12/21/13 | Maintenance | 12/18/13 | 1.00 | $75.00 | $75.00 | Dropped off salt and spread salt on side walks. |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/21/13 | Court Reporting | 12/16/13 | 1.00 | $175.00 | $175.00 | Provide Marc Chalfin Proforma and rent roll for Bankruptcy hearing |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/21/13 | Project Management | 12/19/13 | 0.25 | $175.00 | $43.75 | prepare open issue schedule |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/21/13 | Lease Administration | 12/19/13 | 0.25 | $175.00 | $43.75 | Review January rental invoices |
| 522 Chestnut, Hinsdale | Mike Nadler | 12/21/13 | Project Management | 12/18/13 | 1.25 | $175.00 | $218.75 | Update Task list and create open items list. Prepare rubbish removal invoice for 534 Chestnut 4th Qtr — (3) lumping |
|  |  | 12/21/13 |  |  | 4.75 |  | $631.25 |  |
| 522 Chestnut, Hinsdale | Walt Rebenson | 12/28/13 | Accounting | 12/23/13 | 0.25 | $75.00 | $18.75 | review and execute checks for vendor payments |
| 522 Chestnut, Hinsdale | Walt Rebenson | 12/28/13 | Project Management | 12/26/13 | 1.00 | $325.00 | $325.00 | Review open task lists, call window company to confirm caulking in lobby windows, call with leasing agent on proposal for lease renewal with Premier Endodontic Suite G-A. |
|  |  | 12/28/13 |  |  | 1.25 |  | $343.75 |  |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/04/14 | Project Management | 12/30/13 | 0.50 | $325.00 | $162.50 | Call with Schramko to discuss lease extension for Suite G-A. Also discuss other potential tenants and proposals for — (3) lumping |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/04/14 | Project Management | 01/03/14 | 1.50 | $325.00 | $487.50 | update rent roll and property budget. Property visit to check on heating and snow clearing. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/04/14 | Travel | 01/03/14 | 0.50 | $75.00 | $37.50 | trip to property for inspection. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/04/14 | Accounting | 01/03/14 | 1.50 | $75.00 | $112.50 | Recorded January rent from Dr. Ryne and Dr. Kopp in monthly rent log and receiver checkbook. Bank deposit into operating account for January rents received, logged deposits into QuickBooks. Entered invoices from Architectural Sealants, AREG, AA Service Co, ComEd (6), Groot, Nicor Gas (6), Otis Elevator in an Pro-Con Services into QuickBooks per WR. Printed checks, logged in receiver checkbook, made copies, filed and mailed to vendors. |
|  |  | 01/04/14 |  |  | 4.00 |  | $800.00 |  | — (3) lumping |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Project Management | 01/06/14 | 1.50 | $325.00 | $487.50 | Follow up on Dr. Kopp lease extension. Call Tyco on fire alarm monitoring and system. Confirm elevator restrictors were installed. Update rent roll and review property budget. Review lease files and begin follow up on certificates of insurance. |

Ascend Real Estate Group LLC

1/31/2014

**522 Chestnut, Hinsdale, IL**
**Receiver's Time Sheet**
**11/13/13 - 1/31/14**

| Project | Staff Member | Week Ending | Category | Date | Hours | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Travel | 01/08/14 | 1.00 | $75.00 | $75.00 | To and from the property to meet the lender's appraiser to tour the property and review property financials and costs for 2013. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Accounting | 01/10/14 | 0.25 | $75.00 | $18.75 | Review and approve vendor invoices and execute checks. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Project Management | 01/08/14 | 1.00 | $325.00 | $325.00 | Meet with the lender's appraiser to tour property. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Project Management | 01/09/14 | 0.50 | $325.00 | $162.50 | Follow up call with leasing agent on status of lease extension with Dr. Kopp. Call contractor to review quote and schedule repairs to G-C space from prior water infiltration. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Project Management | 01/08/14 | 1.00 | $325.00 | $325.00 | Update property budget, review rent roll and reimbursement clauses for certain tenants for electricity, gas, water and sewer. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/11/14 | Property Management | 01/07/14 | 0.25 | $75.00 | $18.75 | Recorded January rent and past due rents from Hinsdale Therapy Group into Hinsdale Therapy Group rent, logged deposit in QuickBooks. Bank deposit into operating account for Hinsdale Therapy Group rent, logged deposit in QuickBooks. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/11/14 | Accounting | 01/08/14 | 0.50 | $75.00 | $37.50 | Entered invoices from AT&T, EW Schramm, Seneca Insurance and Village of Hinsdale into QuickBooks per W.R. Printed checks, logged in receiver checkbook, made copied, filed and mailed to vendors. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/11/14 | Accounting | 01/06/14 | 0.25 | $75.00 | $18.75 | December 2013 Bookkeeping. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/11/14 | Administrative | 01/10/14 | 0.25 | $75.00 | $18.75 | Reconcile bank statements. Review financial statements. |
| 522 Chestnut, Hinsdale | Bill Colton | 01/11/14 | Accounting | | 6.50 | | $1,487.50 | |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/18/14 | Property Management | 01/14/14 | 0.50 | $75.00 | $37.50 | Call from tenant regarding they need more salt, dropped off salt. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/18/14 | Travel | 01/14/14 | 1.00 | $75.00 | $75.00 | Travel to site to drop off salt. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/18/14 | Property Management | 01/16/14 | 0.25 | $75.00 | $18.75 | Called John to schedule work to be done on 1st floor office |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/18/14 | Travel | 01/13/14 | 0.50 | $75.00 | $37.50 | travel to and from bankruptcy court hearing. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/18/14 | Court Reporting | 01/13/14 | 1.00 | $325.00 | $325.00 | attend bankruptcy court hearing on Receiver remaining in management of the property. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/18/14 | Project Management | 01/15/14 | 0.50 | $325.00 | $162.50 | call with lender appraiser to answer questions, lease terms of existing tenants and utility reimbursements with specific tenants. Send 2014 property budget. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/18/14 | Project Management | 01/17/14 | 2.00 | $325.00 | $650.00 | create full year 2014 property operating budget, update rent roll, review 2013 costs for budgeting for 2014. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/18/14 | Accounting | 01/14/14 | 0.25 | $75.00 | $18.75 | Recorded January rent from Dr. Cralin in monthly rent log and receiver checkbook. Bank deposit into operating account for January rent received. Entered invoices from Ambius, Tyco Integrated and Village of Hinsdale into QuickBooks. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/18/14 | Accounting | 01/15/14 | 0.50 | $75.00 | $37.50 | QuickBooks per W.R. Printed checks, logged in receiver checkbook, made copies, filed and mailed to vendors. |
| 522 Chestnut, Hinsdale | Amanda Underwood | 01/18/14 | Accounting | 01/17/14 | 0.25 | $75.00 | $18.75 | Recorded January rent from Dr. Braun in monthly rent log and receiver checkbook. Bank deposit into operating account for January Rent received, logged deposit into QuickBooks. |
| 522 Chestnut, Hinsdale | Roanne Rebenson | 01/18/14 | Onsite Management | 01/15/14 | 3.00 | $75.00 | $225.00 | Secure and identify additional keys which were left by previous tenants. Meet Appraiser D. Livingston at property and provide access to vacant units. (THIS TIME INCLUDES TRAVEL TIME) |

Ascend Real Estate Group LLC

1/31/2014

522 Chestnut, Hinsdale, IL
Receiver's Time Sheet
11/13/13 - 1/31/14

| Project | Staff Member | Week Ending | Category | Date | Hours | Bill Rate | Billable ($) | Notes |
|---|---|---|---|---|---|---|---|---|
| | | 01/18/14 | | | 9.75 | | $1,606.25 | |
| 522 Chestnut, Hinsdale | Malita Stone | | Project Management | 01/20/14 | 0.25 | $75.00 | $18.75 | Review, scan & e-mail 2013 Receiver Financial Statement & 2014 Property Operating Budget to Allen Smith with copies to March Chalfen, David Adduce, David Marino, Lane Hasler & John Podlinski. |
| 522 Chestnut, Hinsdale | Jim Lapka | | Property Management | 01/22/14 | 0.25 | $75.00 | $18.75 | Called AA to set appointment for HVAC tech. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/25/14 | Travel | 01/23/14 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | | Property Management | 01/23/14 | 1.00 | $75.00 | $75.00 | Met with AA Mechanical to get him started on HVAC PM service. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/25/14 | Maintenance | 01/23/14 | 1.00 | $75.00 | $75.00 | Changed out light bulbs and salted walks. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/25/14 | Travel | 01/24/14 | 1.00 | $75.00 | $75.00 | Travel |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/25/14 | Repairs/Maintenance | 01/24/14 | 1.50 | $75.00 | $112.50 | Replaced ceiling lights in tenants suite. Salted walks. |
| 522 Chestnut, Hinsdale | Jim Lapka | 01/25/14 | Project Management | 01/20/14 | 1.00 | $325.00 | $325.00 | Complete 2014 property operating budget, complete draft budget for repairs, capital expenses, tenant improvements and commissions based on a lease up of the vacant spaces. Review and send update letter to lender and owner and attorneys for both parties. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 01/25/14 | Lease Administration | 01/23/14 | 0.50 | $325.00 | $162.50 | Call with Dr. Kopp office, call with Schramko leasing agent. Call with tenant rep for Dr. Kopp space. |
| 522 Chestnut, Hinsdale | Walt Rebenson | | | 01/25/14 | 0.25 | $75.00 | $18.75 | Pay invoices received pertaining to property and record for accuracy. |
| 522 Chestnut, Hinsdale | Roanne Rebenson | 01/25/14 | | | 7.75 | | $956.25 | Compile Receiver's Time-Sheet for the period covering 11/13/13 to 1/31/14 for Receiver Report No. 5; Print shipping labels for all parties on Service List; Compile exhibits; final review and edits of Receiver's report; copies (5) for all parties on Service List; drop off packages at UPS. |
| 522 Chestnut, Hinsdale | Malita Stone | 02/01/14 | Administrative | 01/31/14 | 4.00 | $75.00 | $300.00 | Called TLC electric to set up appointment for Friday to work on lights in dental office and change burnt bulbs in parking lot. |
| 522 Chestnut, Hinsdale | Jim Lapka | 02/01/14 | Property Management | 01/29/14 | 0.25 | $75.00 | $18.75 | Call from tenant regarding no hot water, called Solitch plumbing to see if they can send someone over to check water heater. Also called Dr. craften to let him know about electrician. |
| 522 Chestnut, Hinsdale | Jim Lapka | 02/01/14 | Property Management | 01/30/14 | 0.50 | $75.00 | $37.50 | |
| 522 Chestnut, Hinsdale | Jim Lapka | 02/01/14 | Property Management | 01/27/14 | 0.25 | $75.00 | $18.75 | Went through tast list hot items. |
| 522 Chestnut, Hinsdale | Jim Lapka | 02/01/14 | Court Reporting | 01/29/14 | 1.50 | $325.00 | $487.50 | Write Report no. 5, review financial statements, finalize 2014 budgets. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 02/01/14 | Lease Administration | 01/27/14 | 0.25 | $325.00 | $81.25 | Follow up call to arrange meeting with Dr. Kopp and brokers to discuss lease extension terms and status of ownership of the property. |
| 522 Chestnut, Hinsdale | Walt Rebenson | 02/01/14 | Property Management | 01/30/14 | 1.00 | $325.00 | $325.00 | Begin preparation of utility bills for 2013 and allocation of certain utility bills to tenants. |
| | | 02/01/14 | | | 7.75 | | $1,268.75 | |
| OVERALL TOTALS | | | | | 68.25 | | $10,431.25 | |

Ascend Real Estate Group LLC